# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 9, 2019

ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. Vo</u>, 19 Cr. 223 (NRB)

Hon. Judge Buchwald

I write to request an adjournment of the June 12, 2019, status conference to a day during the week of June 24, 2019. The government does not object to this request. To that end, we request that the time between June 12, 2019, and the next court date sent by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A).

Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss a disposition.

Thank you for considering this request.

Respectfully submitted,

/s/Sabrina P. Shroff
Assistant Federal Defender

CC: AUSAs Crowley and Kamaraju