UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    **WAIVER OF INDICTMENT**

    - v. -                             :    S1 19 Cr. 223 (NRB)

                                        :

KIM ANH VO,                             
    a/k/a "F@ng,"
    a/k/a "SyxxZMC,"                    :
    a/k/a "Zozo,"
    a/k/a "Miss.Bones,"                 :
    a/k/a "Sage Pi,"
    a/k/a "Kitty Lee,"                  :

                                        :
                      Defendant.

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date:    New York, New York
        June 26, 2019

                                              _____
                                              Defendant

                                              _____
                                              Witness

                                              _____
                                              Counsel for Defendant