**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2019

ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Vo, 19 Cr. 223 (NRB)

Hon. Judge Buchwald

    I write to request a 45-day adjournment of the October 17, 2019, sentence date. The government does not object. I need additional time to prepare for the presentence interview by probation which has been delayed as I needed additional times, as well as the sentencing itself. The parties intend to use the time to reduce to the extent possible issues that need be litigated at sentence.

    The probation interview has been delayed through no fault of the Department of Probation but I do not anticipate a second request for adjournment of sentence.

    Thank you for considering this request.

                        Respectfully submitted,

                        /s/Sabrina P. Shroff
                        Assistant Federal Defender

CC: AUSAs Crowley and Kamaraju