USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,

     - against -

KIM AHN VO,

     Defendant.
---------------------------------------X

ORDER

19 Cr. 223 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     The Court has received the letter regarding the sentencing of Kim Ahn Vo. Per the defendant's request, the sentencing, currently scheduled for October 17, 2019, is rescheduled to Thursday, December 5, 2019, at 2:30 PM. The defendant's sentencing submission is due November 19, 2019. The Government's sentencing submission is due November 26, 2019.

     **SO ORDERED.**

Dated:    New York, New York
            July 25, 2019

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE