**SABRINA P. SHROFF**  233 BROADWAY
ATTORNEY AT LAW  NEW YORK, NEW YORK 10007

November 24, 2019

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Vo,* **19 Cr. 00223 (NRB)**

Hon. Judge Buchwald:

I write with consent of the government (AUSA Crowley) to request a 60-day adjournment of the December 5, 2019, sentencing in this case.

The parties need the additional time to confer on disputed issues at sentence and the defense needs additional time to prepare for the sentencing proceeding. Ms. Vo, after a long wait, is now enrolled in the Focus Forward program at the MCC and would like to complete the program prior to sentence so that the Court could hear from her teachers as well as others at the MCC whose opinion may impact the sentence imposed by the Court.

We thank the Court for its time and attention to this matter.

Sincerely,

/s/Sabrina P. Shroff
Counsel to Kim Anh Vo

cc: Counsel of record
SPS/sps