UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x                                      **ECF CASE**
                              )

UNITED STATES OF AMERICA        )

                              )   **NOTICE OF APPEARANCE AND REQUEST**
        v.                  )   **FOR ELECTRONIC NOTIFICATION**
                              )   **19 Cr. 223 (NRB)**

KIM ANH VO,               )
                              )

         Defendant.     )
                              )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case

in addition to the AUSA already on the case and to add him as a Filing User to whom Notices of

Electronic Filing will be transmitted in this case.

                                 Respectfully submitted,

                                 GEOFFREY S. BERMAN
                                 United States Attorney for the
                                 Southern District of New York

Dated:   November 26, 2019
         New York, New York

                               By: /s/ Jane Kim
                                   Jane Kim
                                   Assistant United States Attorney
                                   (212) 637-2038

cc:  Counsel of Record (by ECF)