UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

       - against -

                                             **ORDER**

KIM AHN VO,                              19 Cr. 223 (NRB)

                Defendant.
------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Sentencing is rescheduled for February 5, 2020 at 2:45 P.M.

The defendant's sentencing submission is due on January 22, 2020.

The Government's sentencing submission is due on January 29, 2020.

    **SO ORDERED.**

Dated:    New York, New York
            November 25, 2019

                                            NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE