**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

January 24, 2020

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Kim Anh Vo, 19 Cr. 223 (NRB)

Hon. Judge Buchwald:

I write with consent of the government (AUSA Crowley) to request a 60-day adjournment of the February 5, 2020, sentencing in this case. The parties need the additional time to confer on disputed issues at sentence and the defense needs additional time to prepare for the sentencing proceeding. Ms. Vo, has not finished the Focus Forward program at the MCC and would like to complete the program prior to sentence so that the Court could hear from her teachers as well as others at the MCC whose opinion may impact the sentence imposed by the Court. Additionally, the parties have jointly agreed to a further evaluation of Ms. Vo that will assist the government in their sentencing position and the Court in deciding the appropriate sentence.

We thank the Court for its time and attention to this matter.

Sincerely,

/s/Sabrina P. Shroff
Counsel to Kim Anh Vo