**SABRINA P. SHROFF**  233 BROADWAY
ATTORNEY AT LAW  NEW YORK, NEW YORK 10007
  TELEPHONE: (646) 763-1490

March 26, 2020

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge for the
 Southern District of New York
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

**Re:  United States v. Kim Anh Vo, 19 Cr. 223 (NRB)**

Dear Judge Buchwald:

The government consents to Ms. Vo's release on the defense proposed bail package. Should the Court approve, Ms. Vo would be released on a $ 25,000 PRB signed by two co-signors (Ms. Vo's mother and a family friend), and be subject to the following conditions:

1. Home detention at 718 Talon Ct, Evans, Georgia 30809, with EM
2. Strict pretrial supervision with mental health treatment via telemedicine through Georgia Family Crisis Solutions in Martinez, Georgia[1] or as directed by pretrial
3. No computer or access to computers unless specifically authorized by the Court
4. No accessing the internet, including through any smart phones or computers
5. Meet with the FBI and/or New York Crime Commission Disruption and Early Engagement (DEEP) program
6. Participate in DEEP program
7. Travel restricted to the Southern District of New York and the District of Georgia and all point in between
8. Allow for premises to be searched by pretrial/ probation
9. Agree to a remand if acceptance into DEEP is denied.

Ms. Vo would be released after the bond is virtually signed by the two cosigners and pre-trial in SDNY attaches a monitoring device to enable her to travel to Georgia. All other conditions to be met within 4 days of release.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel for Ms. Vo

cc: Counsel of record & Pretrial

---

[1] On short notice, Pretrial services officer Courtney DeFeo has arranged for this treatment and the parties note their deep appreciation for Ms. DeFeo' assistance.