UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KIM ANH VO<br><br>Defendant. | 19 Cr. 223 (NRB) |

**ORDER FOR RELEASE ON BAIL**

On consent of the parties the Court orders the release of defendant Kim Anh Vo on the following conditions:

1. $ 25,000 PRB signed by two co-signors (Ms. Vo's mother and a family friend),
2. Home detention at 718 Talon Ct, Evans, Georgia 30809, with Electronic Monitoring
3. Strict pretrial supervision with mental health treatment via telemedicine through Georgia Family Crisis Solutions in Martinez, Georgia or as directed by pretrial
4. No computer or access to computers unless specifically authorized by the Court
5. No accessing the internet, including through any smart phones or computers
6. Meet with the FBI and/or New York Crime Commission Disruption and Early Engagement (DEEP) program as directed by the FBI and/or DEEP personnel
7. Participate in DEEP program as directed by DEEP personnel
8. Travel restricted to the Southern District of New York and the District of Georgia and all points in between necessary for travel between the districts
9. Allow for premises to be searched by pretrial/ probation
10. Ms. Vo is to be released upon the signing of the bond by two co-signors and when pretrial equips her with electronic monitoring. All other conditions to be met as directed by the FBI or DEEP.
11. If, within one week after she is released, Ms. Vo is not accepted into the DEEP program, she agrees to be remanded to the custody of the United States Marshals and will not to make any further bail applications.

SO ORDERED: *[signature]*
Naomi Reice Buchwald, USDJ
Dated: March 30, 2020