```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    19-CR-223-NRB-1
     -against-                       :    ORDER
                                     :
Kim Anh Vo                           :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

NAOMI REICE BUCHWALD, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include a condition of "not to possess a firearm, destructive device or other dangerous weapon."

Dated: New York, New York
       April 20, 2020

SO ORDERED:

_____
NAOMI REICE BUCHWALD
United States District Judge