**SABRINA P. SHROFF**  233 BROADWAY
ATTORNEY AT LAW  NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

March 19, 2021

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge for the
 Southern District of New York
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

Re:   United States v. Kim Anh Vo, 19 Cr. 223 (NRB)

Dear Judge Buchwald:

With no objection from the government, I write to ask the Court to order the Department of Pretrial Services in New York and in Georgia where Ms. Vo resides, to provide her with mental health treatment, which is a condition of her release. She is required to have mental health treatment which has been held in abeyance due to Ms. Vo's good progress, cost and the pandemic.

Progress aside, Ms. Vo is in need to mental health treatment, especially now as Ms. Vo is experiencing anxiety after the shooting at/of individuals of Asian descent at the mall where she is employed.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel for Ms. Vo

cc: Counsel of record

So Ordered: _/s/ Naomi Reice Buchwald_
  Hon. Naomi Reice Buchwald
   United States District Judge

Dated:  New York, New York
        March 22, 2021