**SABRINA P. SHROFF**　　　　　　　　　　　　　　　　　　80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW　　　　　　　　　　　　　　　　　　　　NEW YORK, NEW YORK 10004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TEL: (646) 763-1490

March 29, 2022

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Kim Anh Vo, 19 Cr. 223 (NRB)

Dear Judge Buchwald,

    As directed by the Court, attached is a letter from Citizens Crime Commission which runs the DEEP program. The letter details the service that DEEP would provide and the therapeutic plan for Ms. Vo.

    I thank the Court for its time and consideration.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Sabrina Shroff*
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Ms. Kim Anh Vo

cc: Richard Aborn, DEEP
　　P. Stockard, Georgia Family Crisis Solutions
　　Kimberly Ravener, AUSA