

March 28th, 2022

Sabrina Shroff
Counsel to Kim Anh Vo
80 Broad Street, 19th Floor
New York, New York 10007

Re: United States v. Kim Anh Vo, 19 Cr. 223 (NRB)

Dear Ms. Shroff,

Pursuant to your request that we provide an update regarding the training of care providers for Ms. Kim Anh Vo, who is awaiting sentencing in the Southern District of New York, we provide the following information:

DEEP - a program of the Citizens Crime Commission - aims to intervene with individuals on a pathway to extremist behavior, stopping violence before it starts, and aims to reduce the risk that the individual will engage in violence. The goal is sustained behavior change. Once DEEP deems an individual appropriate for the intervention program, DEEP trained therapists will work with the individual through the implementation of a specialized service plan.

Your client, Ms. Kim Anh Vo, who has pled guilty to a conspiracy to defraud the United States, is currently receiving therapy from Angela Kersey, MS, APC, NCC – a licensed clinician in Martinez, Georgia, not affiliated with DEEP. DEEP first interviewed Ms. Vo in February of 2020. The evaluation by a DEEP-trained therapist identified Ms. Vo as appropriate for the DEEP intervention.

As Ms. Vo is not living in New York, we are unable to provide direct services to Ms. Vo due to state licensing issues, though would deem her a suitable candidate otherwise. In an effort to assist in Ms. Kersey in her clinical interactions with Ms. Vo, DEEP has agreed to, and arranged for a DEEP trained therapist - Dmitri Oster, LCSW – to train Ms. Kersey in some of the DEEP methodology. This will allow Mr. Oster to train Ms. Kersey, who in turn will incorporate the DEEP methodologies and use them in her therapy with Ms. Vo. LCSW Oster started the

consultations with Ms. Kersey on 02/11/22, and have continued since then on a bi-weekly/as-needed basis.

Mr. Oster and Ms. Kersey consult via HIPAA-secured video conference. The consultations are ongoing and will continue to run, concurrently throughout the course of Ms. Vo's therapy with Ms. Kersey. It is always very difficult to predict how long therapy, and the associated training, will be needed.

These consultations involve: discussing and understanding Ms. Vo's motivations behind her behaviors, and working to ensure that the risk that such behaviors will re-occur is reduced; training Ms. Kersey in the utilization of the DEEP toolkit to assist with the therapeutic intervention; training on how to incorporate/increase protective factors for any client to prevent backward drift into association with violent extremism; and a deeper level of involvement and consultation than a standard therapeutic check-in. Mr. Oster is to continue training Ms. Kersey in the use of the DEEP toolkit until Ms. Kersey feels comfortable with the DEEP toolkit and incorporating it into her ongoing work. The training should be complete in approximately 6 months. We cannot opine as to when Ms. Kersey will complete her therapy with Ms. Vo.

Your Sincerely,

*Claire Abrahams*
Claire Abrahams

Program Director, DEEP