**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

March 22, 2024

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Kim Anh Vo, 19 Cr. 223 (NRB)

Dear Judge Buchwald,

On February 24, 2023, this Court sentenced Kim Anh Vo to a sentence of time-served followed by a three-year term of supervised release. Ms. Vo is doing well on supervision. She continues in therapy, is working at a nail salon and living with her mother and siblings. Ms. Vo also has family in Vietnam, including a maternal grandfather. He is not well and has not seen his grandchildren, including Kim, in many years. Ms. Vo's mother and siblings are travelling on March 23, 2024 to see him in Vietnam.

Because of Ms. Vo's conditions of supervised release prohibit international travel, she, with no opposition from United States Probation Officer Doughty requests temporary modification of some of the conditions of supervised release. To that end, she would like to apply for a passport and travel to see her grandfather who resides in Binh Duong Vietnam. The exact address is: Nguyễn van phúc 263,to7 khu pho binh hoa 2 , tan Phưóc Khanh Tan Uyên binh duong.

Ms. Vo is being supervised out of Georgia by United States Probation Officer Andrew Doughty who does not oppose this travel as Ms. Vo has been compliant. Should the Court grant this relief, Ms. Vo will provide her full itinerary to Probation. The government defers to Probation.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel for Ms. Kim Anh Vo

The Court has no objection, in principle, to defendant's request for international travel if plaintiff is able to obtain a passport and provides her travel itinerary, and/or any other travel information as requested, to the Probation Officer.
**So ordered.**

Dated:   March 26, 2024
         New York, New York